# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA



UNSEALED PER ORDER OF COURT 12/14/21

UNITED STATES OF AMERICA

v.

Denny Bhakta (1)

**WARRANT FOR ARREST**

Case Number: 21cr3352-JLS-1

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Denny Bhakta (1)_
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Pretrial Violation

charging him or her with (brief description of offense):
15:78j(b), 78ff;17 C.F.R. 240.10b-5 - Securities Fraud
18:1957 - Money Laundering
18:981(a)(1)(C), 982(a)(1), (b); 28:2461(c) - Criminal Forfeiture

DATE: 12/14/2021
ARRESTED BY: FBI

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

RECEIVED 2021 DEC -1 PM 4:02 U.S. MARSHALS-S/CA

In violation of Title _See Above_ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ A. Cazares | 12/1/2021 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _No Bail_  by _The Honorable Bernard G. Skomal_
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |