RANDY S. GROSSMAN
United States Attorney
ANDREW J. GALVIN
Assistant United States Attorney
California Bar No. 261925
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9721
Email: andrew.galvin@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr3352-JLS |
|---|---|
| Plaintiff, | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| v. | |
| DENNY BHAKTA, | |
| Defendant. | |

Plaintiff, the United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Andrew J. Galvin, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

Through the violations of 15 U.S.C. §§ 78j(b) and 78ff , and 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 1957, as alleged in Counts 1 through 7 of the Indictment, which are punishable by imprisonment of more than one year, the United States seeks forfeiture in the Forfeiture Allegations of the following additional properties pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 982(b), and 28 U.S.C. § 2461(c):

//
//
//
//
//

**One 2017 Porsche 991, 911 Coupe, VIN: WP0AD2A98HS167515**; and
**One 2016 Audi S8,  VIN: WUAJ5AFDXGN900295**.

DATED:  February 4, 2022.

                                            Respectfully submitted,

                                            RANDY S. GROSSMAN
                                            United States Attorney

                                            *s/ Andrew J. Galvin*
                                            ANDREW J. GALVIN
                                            Assistant United States Attorney
                                            Attorneys for Plaintiff
                                            United States of America