UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | Case No.21CR3352 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DENNY BHAKTA, | |
| Defendant. | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently scheduled for March 18, 2022, at 1:30 p.m., be rescheduled to May 13, 2022, at 1:30 p.m.

For reasons stated in the joint motion incorporated by reference herein, the court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS FURTHER ORDERED that the period of delay from the filing of the joint motion until May 13, 2022, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED.**

Dated:  March 9, 2022

Hon. Janis L. Sammartino
United States District Judge