Randy S. Grossman
United States Attorney
Aaron Arnzen
Assistant U.S. Attorney
California Bar No. 218272
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: 619-546-8384
Email: Aaron.Arnzen@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Denny Bhakta,<br><br>　　　　　　Defendant. | Case No. 21CR03352-JLS<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

　　I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

　　The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

　　　　<u>Name</u>

　　　　Eric Olah.

| | |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this |
| 2 | case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity |
| 3 | in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in |
| 4 | CM/ECF, please terminate this association): |

      <u>Name</u>

      Andrew Galvin.

Please feel free to call me if you have any questions about this notice.

DATED: March 18, 2022.

                                  RANDY S. GROSSMAN  
                                  United States Attorney

                                  <i>s/ Aaron Arnzen</i>  
                                  Aaron Arnzen

                                  Assistant U.S. Attorney