**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 21cr3352-JLS |
| DEFENDANT | TYPE OF PROCESS |
| DENNY BHAKTA | DISPOSITION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
FEDERAL BUREAU OF INVESTIGATION   ATTN: FORFEITURE UNIT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10385 VISTA SORRENTO PARKWAY, SAN DIEGO, CA 92102

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Andrew J. Galvin, Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego CA 92101-8893

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

FBI Case No. 318B-SD-3480692; CATS ID No. 22-FBI-000002 & 22-FBI-000003
Attached is a filed copy of the Order for Interlocutory Sale of Porsche and Return of Audi, as to the interest of Defendant DENNY BHAKTA. Please sell the Porsche on an expedited basis and release the Audi to attorney Sandra Resnick (Tel. (619) 401-4067 / Email: sresn@cox.net) according to the terms of the Order for Interlocutory Sale of Porsche and Return of Audi and according to law.

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (619) 546-6972
DATE: 3/9/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 98
District to Serve No. 98
Signature of Authorized USMS Deputy or Clerk: C Bauth
Date: 3/10/22

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

**FILED**
APR 2 2 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  agv   DEPUTY

Date: 4/21/22
Time: 2:29 [X] pm

Signature of U.S. Marshal or Deputy: 4894

Costs shown on attached USMS Cost Sheet >>

REMARKS: Electronic service of Court's Order for interlocutory sale & return performed on 4/21/22.

3/15/22 - Audi (22-FBI-000003) returned to claimant.

4/5/22 - Porsche (22-FBI-000002) sold via on-line auction for $181,000.
Sales proceeds were deposited into SADF pending further instructions.

Clerk's office

Form USM-285
Rev. 03/21