SANDRA RESNICK
California State Bar # 89901
270 East Douglas Avenue
El Cajon, CA 92020
Office: (619) 401- 4067
Fax:    (619) 442-7439

Attorney for Defendant
DENNY BHAKTA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DENNY BHAKTA<br>Defendant. | CASE NO. 21cr3352-JLS<br><br>ACKNOWLEDGMENT OF<br>NEXT COURT DATE |

I, DENNY BHAKTA, the defendant named in the above-captioned case, hereby acknowledges that the next court date in this matter is as follows: July 15, 2022 at 1:30 p.m. in Department 4D for MOTION HEARING and TRIAL SETTING.

I further acknowledge that this court appearance is to take place before the Honorable Janis L. Sammartino, United States District Court, Southern District of California at San Diego, California and that I am ordered to appear in accordance with the conditions of my pretrial release.

I declare that the foregoing is true and correct.

Dated: May 2, 2022

DENNY BHAKTA