UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DENNY BHAKTA,<br><br>　　　　Defendant. | Case No.21cr3352-JLS<br><br>**ORDER** |

　　Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently scheduled for July 15, 2022, be rescheduled to August 12, 2022 at 1:30 p.m.

　　For reasons stated in the joint motion, and incorporated by reference herein, the court finds the ends of justice are served by granting the requested continuance.

　　**SO ORDERED.**
　　　Dated:  July 12, 2022

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge