**SANDRA RESNICK**
California State Bar # 89901
270 East Douglas Avenue
El Cajon, CA  92020
Office: (619) 401- 4067
Fax:     (619) 442-7439

Attorney for Defendant
**DENNY BHAKTA**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HON.  JANIS L SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br><br>DENNY BHAKTA<br>　　　　**Defendant.**<br>_____ | CASE NO. **21cr3352-JLS**<br><br><br>**ACKNOWLEDGMENT  OF<br>NEXT COURT DATE** |

　　　I, DENNY BHAKTA, the defendant named in the above-captioned case, hereby acknowledges that the next court date in this matter is as follows: October 21,  2022 at 1:30 p.m.  in Department 4D for MOTION HEARING and TRIAL SETTING. I further acknowledge that this court appearance is to take place before the Honorable Janis L. Sammartino, United States District Court, Southern District of California at San Diego, California and that I am ordered to appear in accordance with the conditions of my pretrial release.

　　　I declare that the foregoing is true and correct.

Dated: _____, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNY BHAKTA