**SANDRA RESNICK**
California State Bar # 89901
270 East Douglas Avenue
El Cajon, CA  92020
Office: (619) 401- 4067
Fax:     (619) 442-7439

Attorney for Defendant
**DENNY BHAKTA**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

### (HON.  JANIS L SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. **21cr3352-JLS** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF |
| | ) | WITHDRAWAL OF DOCUMENT #38 |
| | ) | |
| DENNY BHAKTA | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

PLEASE TAKE NOTICE THAT item #38 is being withdrawn as it was filed in error. The correct (signed) document is filed as item #39.

August 10, 2022                                                              s/Sandra Resnick