UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNY BHAKTA,<br><br>Defendant. | Case No. 21cr3352-JLS<br><br>**ORDER** |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently scheduled for August 12, 2022, be rescheduled to October 21, 2022 at 1:30 p.m.

For reasons stated in the joint motion, and incorporated by reference herein, the court finds the ends of justice are served by granting the requested continuance.

**SO ORDERED.**
Dated: August 10, 2022

Hon. Janis L. Sammartino
United States District Judge