UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:21CR 3352-JLS |
| Plaintiff, | |
| v. | **ORDER** |
| DENNY BHAKTA, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently scheduled for October 21, 2022, at 1:30 p.m., be rescheduled to January 13, 2023, at 1:30 p.m.

For reasons stated in the joint motion, and incorporated by reference herein, the court finds the ends of justice are served by granting the requested continuance.

**SO ORDERED.**

Dated: October 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge