UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>DENNY BHAKTA,<br><br>       Defendant. | Case No.:21CR 3352-JLS<br><br>**ORDER** |

   Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the MHTS Hearing currently scheduled for January 13, 2023, at 1:30 p.m., be rescheduled to March 24, 2023, at 1:30 p.m.

   For reasons stated in the joint motion, and incorporated by reference herein, the court finds the ends of justice are served by granting the requested continuance.

   **SO ORDERED.**

Dated: January 4, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge