Laura F. Marran, Esq.
Columbia Place, 401 W A St. Suite 1150
San Diego, CA 92101
858-699-0375
lauramarranattorney@gmail.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 21-cr-03352-JLS |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF APPEARANCE AS** |
| DENNY BHAKTA | ) **COUNSEL** |
| Defendant | ) |

Pursuant to the CM/ECF procedures in the United Stated District Court for the Southern District of California, Laura Marran Esq., hereby gives notice that he is counsel in the above-captioned case.

Dated: 8/23/24

Respectfully submitted,

_____
Laura Marran
Attorney for Defendant
Denny Bhakta

*U.S. v. Bhakta*
21-cr-03352-JLS