JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
401 West A Street, Suite 1150
San Diego, California 92101
(619) 557-0100 (Phone)
jkirby@johnkirbylaw.com

Attorney for DENNY BHAKTA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENNY BHAKTA,<br><br>Defendant. | CASE NO. 21-CR-03352-JLS-1<br><br>**NOTICE OF EX PARTE MOTION FOR ISSUANCE OF SUBPOENA UNDER** *DUCES TECUM* **RULE 17 (c)** |

TO: UNITED STATES OF AMERICA, PLAINTIFF; TARA K. MCGRATH, UNITED STATES ATTORNEY; ERIC R. OLAH, AND P. KEVIN MOKHTARI ASSISTANT UNITED STATES ATTORNEYS:

  This motion is based on this notice of motion, the following memorandum of points and authorities, the attached exhibits, and any evidence and argument that may be presented at the hearing of this motion.

1

| | | |
|---|---|---|
| 1 | DATED: <u>September 25, 2024</u> | Respectfully Submitted, |
| 2 | | <u>/s/JOHN D. KIRBY</u> |
| 3 | | John D. Kirby, <br> Attorney for Denny Bhakta |