JOHN D. KIRBY (CA Bar No. 149496)
401 W A Street, Suite 1150
San Diego, CA 92101
Tel (619)557-0100

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-03352-JLS-1 |
| Plaintiff, | |
| vs. | **DECLARATION OF JOHN D. KIRBY IN SUPPORT OF EX PARTE MOTION UNDER FEDERAL RULES OF CRIMINAL PROCEDURE RULE 17(c) FOR:** |
| DENNY BHAKTA, | |
| Defendant. | **1. ISSUANCE OF SUBPOENAS *DUCES TECUM*** |

I, John D. Kirby, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I represent Mr. Bhakta in the above-entitled case.

2. The Memorandum of Points and Authorities filed herewith contains my work product as well as my legal strategy.

3. The information requested from these subpoenas is not general discovery and is evidentiary and relevant in this matter.

4. Attached hereto as Exhibit A are the proposed subpoenas.

5. Under Local Rule 17.1, 17(c) subpoenas may be ordered returned "no less than seven (7) days from the filing of the motion." I, therefore, ask the Court to insert the appropriate date and time for return within the next 21 days.

I swear under penalty of perjury that the foregoing is true.

Dated: September 20, 2024                /S/John D. Kirby
                                         John D. Kirby