JOHN D. KIRBY (CA Bar No. 149496)
401 W A Street, Suite 1150
San Diego, CA 92101
Tel (619)557-0100

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-03352-JLS-1 |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| DENNY BHAKTA, | |
| Defendant. | |

I hereby certify that on September 25, 2024, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants in this case.

Dated: <u>September 25, 2024</u>　　　　　　　/S/John D. Kirby
　　　　　　　　　　　　　　　　　　　　　　John D. Kirby