# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 21CR3352-JLS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Denny Bhakta | Booking No. |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 10/31/2024 the Court entered the following order:

☐ Defendant be release from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release.

☐ Defendant released on _____ Bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☒ Defendant remanded and ( X bond ) ( _____ bond on appeal ) exonerated.

☐ Defendant sentenced to TIME SERVED, supervised release for _____ years.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case dismissed.

☐ Case dismissed, charges pending in case no.

☐ Defendant to be release to Pretrial Services for electronic monitoring.

☐ Other.


Janis L. Sammartino
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by   Adrianna Garcia ext. 5291

Crim-9 (Rev. 09/23)
Original

| | |
|---|---|
| **From:** | CAS Releases |
| **To:** | A. Garcia |
| **Sent:** | Friday, November 1, 2024 8:55 AM |
| **Subject:** | Read: Abstract; 21cr3352-JLS (Bhakta) |

Your message

  To: CAS Releases
  Subject: [EXTERNAL] Abstract; 21cr3352-JLS (Bhakta)
  Sent: Thursday, October 31, 2024 5:20:56 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Friday, November 1, 2024 8:53:50 AM (UTC-08:00) Pacific Time (US & Canada).