# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

DENNY BHAKTA,

        Defendant.

Case No. 21-CR-3352-JLS

**VERDICT FORM**

We the jury in the above-titled cause find the Defendant Denny Bhakta:

**COUNT 1**

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of securities fraud as charged in Count 1 of the Superseding Indictment.

**COUNT 2**

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of money laundering as charged in Count 2 of the Superseding Indictment.

**COUNT 3**

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of bank fraud as charged in Count 3 of the Superseding Indictment.

**COUNT 4**

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of bank fraud as charged in Count 4 of the Superseding Indictment.

1

_Guilty_
(NOT GUILTY OR GUILTY)

### COUNT 5

of the offense of bank fraud as charged in Count 5 of the Superseding Indictment.

_Guilty_
(NOT GUILTY OR GUILTY)

### COUNT 6

of the offense of bank fraud as charged in Count 6 of the Superseding Indictment.

_Guilty_
(NOT GUILTY OR GUILTY)

### COUNT 7

of the offense of bank fraud as charged in Count 7 of the Superseding Indictment.

_Guilty_
(NOT GUILTY OR GUILTY)

### COUNT 8

of the offense of bank fraud as charged in Count 8 of the Superseding Indictment.

_Guilty_
(NOT GUILTY OR GUILTY)

### COUNT 9

of the offense of bank fraud as charged in Count 9 of the Superseding Indictment.

_Guilty_
(NOT GUILTY OR GUILTY)

### COUNT 10

of the offense of bank fraud as charged in Count 10 of the Superseding Indictment.

_Guilty_
(NOT GUILTY OR GUILTY)

### COUNT 11

of the offense of bank fraud as charged in Count 11 of the Superseding Indictment.

*Guilty*
_____
(NOT GUILTY OR GUILTY)

## COUNT 12

of the offense of bank fraud as charged in Count 12 of the Superseding Indictment.

*Guilty*
_____
(NOT GUILTY OR GUILTY)

## COUNT 13

of the offense of bank fraud as charged in Count 13 of the Superseding Indictment.

*Guilty*
_____
(NOT GUILTY OR GUILTY)

## COUNT 14

of the offense of bank fraud as charged in Count 14 of the Superseding Indictment.

*Guilty*
_____
(NOT GUILTY OR GUILTY)

## COUNT 15

of the offense of bank fraud as charged in Count 15 of the Superseding Indictment.

*Guilty*
_____
(NOT GUILTY OR GUILTY)

## COUNT 16

of the offense of bank fraud as charged in Count 16 of the Superseding Indictment.

*Guilty*
_____
(NOT GUILTY OR GUILTY)

## COUNT 17

of the offense of bank fraud as charged in Count 17 of the Superseding Indictment.

*Guilty*
_____
(NOT GUILTY OR GUILTY)

## COUNT 18

of the offense of bank fraud as charged in Count 18 of the Superseding Indictment.

### COUNT 19

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of bank fraud as charged in Count 19 of the Superseding Indictment.

### COUNT 20

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of bank fraud as charged in Count 20 of the Superseding Indictment.

### COUNT 21

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of money laundering as charged in Count 21 of the Superseding Indictment.

### COUNT 22

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of money laundering as charged in Count 22 of the Superseding Indictment.

### COUNT 23

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of money laundering as charged in Count 23 of the Superseding Indictment.

### COUNT 24

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of money laundering as charged in Count 24 of the Superseding Indictment.

### COUNT 25

_Guilty_
(NOT GUILTY OR GUILTY)

of the offense of money laundering as charged in Count 25 of the Superseding Indictment.

Date: _10-31-24_
San Diego, California