MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS Denny Bhakta (1)

Case Number: 21cr3352-JLS     WITNESS LIST     Jury Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 10/21/2024 | X | | Special Agent Amanda Stewart, FBI (Direct Examination) |
| 10/21/2024 | X | | A.P. (Direct Examination) |
| 10/22/2024 | X | | A.P. (continued Direct Examination) |
| 10/22/2024 | | X | A.P. (Cross Examination) |
| 10/22/2024 | X | | A.P. (Re-Direct) |
| 10/22/2024 | X | | P.M. (Direct Examination) |
| 10/22/2024 | | X | P.M. (Cross Examination) |
| 10/22/2024 | X | | P.M. (Re-Direct) |
| 10/22/2024 | X | | A.H. (Direct Examination) |
| 10/22/2024 | | X | A.H. (Cross Examination) |
| 10/22/2024 | X | | J.U. (Direct Examination) |
| 10/22/2024 | | X | J.U. (Cross Examination) |
| 10/22/2024 | X | | J.U. (Re-Direct) |
| 10/22/2024 | | X | J.U. (Re-Cross) |
| 10/22/2024 | X | | Giancarlo D'Argento (Direct Examination) |
| 10/22/2024 | | X | Giancarlo D'Argento (Cross Examination) |
| 10/22/2024 | X | | A.C.H. (Direct Examination) |
| 10/23/2024 | X | | A.C.H. (continued Direct Examination) |
| 10/23/2024 | | X | A.C.H. (Cross Examination) |
| 10/23/2024 | X | | A.C.H. (Re-Direct) |
| 10/23/2024 | | X | A.C.H. (Re-Cross) |
| 10/23/2024 | X | | Konstantine Drosos, Hilton Hotels (Direct Examination) |
| 10/23/2024 | | X | Konstantine Drosos, Hilton Hotels (Cross Examination) |
| 10/23/2024 | X | | Omar Khoury, Wynn Las Vegas (Direct Examination) |
| 10/23/2024 | | X | Omar Khoury, Wynn Las Vegas (Cross Examination) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  |  | VS |  |
| --- | --- | --- | --- |
| USA |  |  | Denny Bhakta (1) |
| Case Number: 21cr3352-JLS | | WITNESS LIST | Jury Trial |

| Date |  |  | Witness |
| --- | --- | --- | --- |
| 10/23/2024 | X |   | Omar Khoury, Wynn Las Vegas (Re-Direct) |
| 10/23/2024 |   | X | Omar Khoury, Wynn Las Vegas (Re-Cross) |
| 10/23/2024 | X |   | Gail Cacciatore, The Cosmopolitan Las Vegas (Direct Examination) |
| 10/23/2024 |   | X | Gail Cacciatore, The Cosmopolitan Las Vegas (Cross Examination) |
| 10/23/2024 | X |   | Gail Cacciatore, The Cosmopolitan Las Vegas (Re-Direct) |
| 10/23/2024 |   | X | Gail Cacciatore, The Cosmopolitan Las Vegas (Re-Cross) |
| 10/23/2024 | X |   | Glenda Hallock, The Cosmopolitan Las Vegas (Direct Examination) |
| 10/23/2024 |   | X | Glenda Hallock, The Cosmopolitan Las Vegas (Cross Examination) |
| 10/23/2024 | X |   | Glenda Hallock, The Cosmopolitan Las Vegas (Re-Direct) |
| 10/23/2024 | X |   | Allison Kotsay, IRS – Criminal Investigation (Direct Examination) |
| 10/23/2024 |   | X | Allison Kotsay, IRS – Criminal Investigation (Cross Examination) |
| 10/23/2024 | X |   | Allison Kotsay, IRS – Criminal Investigation (Re-Direct) |
| 10/23/2024 | X |   | William Perkins, Endeavor Bank (Direct Examination) |
| 10/23/2024 |   | X | William Perkins, Endeavor Bank (Cross Examination) |
| 10/23/2024 | X |   | William Perkins, Endeavor Bank (Re-Direct) |
| 10/23/2024 |   | X | William Perkins, Endeavor Bank (Re-Cross) |
| 10/24/2024 | X |   | Jill Richardson, California Bank of Commerce (Direct Examination) |
| 10/24/2024 |   | X | Jill Richardson, California Bank of Commerce (Cross Examination) |
| 10/24/2024 | X |   | Jill Richardson, California Bank of Commerce (Re-Direct) |
| 10/24/2024 |   | X | Jill Richardson, California Bank of Commerce (Re-Cross) |
| 10/24/2024 | X |   | Karla Stell, California Employment Development Department (Direct Examination) |
| 10/24/2024 |   | X | Karla Stell, California Employment Development Department (Cross Examination) |
| 10/24/2024 | X |   | Dana Lee, Hilton Hotels (Direct Examination) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | USA | | VS | Denny Bhakta (1) |
|---|---|---|---|---|
| Case Number: | 21cr3352-JLS | | WITNESS LIST | Jury Trial |

| Date | USA | Def | Witness |
|---|---|---|---|
| 10/24/2024 | | X | Dana Lee, Hilton Hotels (Cross Examination) |
| 10/24/2024 | X | | Special Agent Chris Christopherson, FBI (Direct Examination) |
| 10/24/2024 | | X | Special Agent Chris Christopherson, FBI (Cross Examination) |
| 10/24/2024 | X | | Special Agent Chris Christopherson, FBI (Re-Direct) |
| 10/24/2024 | | X | Special Agent Chris Christopherson, FBI (Re-Cross) |
| 10/24/2024 | X | | Ron Randazzo, Pechanga Resort and Casino (Direct Examination) |
| 10/24/2024 | | X | Ron Randazzo, Pechanga Resort and Casino (Cross Examination) |
| 10/24/2024 | X | | Tony Covington, Pechanga Resort and Casino (Direct Examination) |
| 10/24/2024 | | X | Tony Covington, Pechanga Resort and Casino (Cross Examination) |
| 10/24/2024 | X | | P.O. (Direct Examination) |
| 10/24/2024 | | X | P.O. (Cross Examination) |
| 10/24/2024 | X | | P.O. (Re-Direct) |
| 10/24/2024 | | X | P.O. (Re-Cross) |
| 10/24/2024 | X | | N.B. (Direct Examination) |
| 10/24/2024 | | X | N.B. (Cross Examination) |
| 10/24/2024 | X | | N.B. (Re-Direct) |
| 10/24/2024 | | X | N.B. (Re-Cross) |
| 10/24/2024 | X | | N.B. (Re-Direct) |
| 10/28/2024 | X | | S.P. (Direct Examination) |
| 10/28/2024 | | X | S.P. (Cross Examination) |
| 10/28/2024 | X | | S.P. (Re-Direct) |
| 10/28/2024 | | X | S.P. (Re-Cross) |
| 10/28/2024 | X | | Forensic Accountant Benjamin McDonnell, FBI (Direct Examination) |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

|  USA  |  | VS | Denny Bhakta (1) |
|---|---|---|---|
| Case Number: 21cr3352-JLS | | WITNESS LIST | Jury Trial |

| Date | USA | Deft | Witness |
|---|---|---|---|
| 10/28/2024 |  | X | Forensic Accountant Benjamin McDonnell, FBI (Cross Examination) |
| 10/28/2024 | X |  | Forensic Accountant Benjamin McDonnell, FBI (Re-Direct) |
| 10/28/2024 |  | X | Forensic Accountant Benjamin McDonnell, FBI (Re-Cross) |
| 10/28/2024 | X |  | Special Agent Todd Townsend, FBI (Direct Examination) |
| 10/29/2024 | X |  | Special Agent Todd Townsend, FBI (continued Direct Examination) |
| 10/29/2024 |  | X | Special Agent Todd Townsend, FBI (continued Cross Examination) |
| 10/29/2024 |  | X | Cheryl Kessler, Managing Consultant (Direct Examination) |
| 10/29/2024 | X |  | Cheryl Kessler, Managing Consultant (Cross Examination) |
| 10/29/2024 |  | X | Cheryl Kessler, Managing Consultant (Cross Examination) |
| 10/29/2024 |  | X | Brian Quach, Friend (Direct Examination) |
| 10/29/2024 | X |  | Brian Quach, Friend (Cross Examination) |
| 10/29/2024 |  | X | Susan Mulvihill, Attorney (Direct Examination) |
| 10/29/2024 | X |  | Susan Mulvihill, Attorney (Cross Examination) |
| 10/29/2024 |  | X | Susan Mulvihill, Attorney (Re-Direct) |
| 10/29/2024 |  | X | Kevin Qasawadish (Direct Examination) |
| 10/29/2024 | X |  | Kevin Qasawadish (Cross Examination) |
| 10/29/2024 |  | X | Allen Polzack, Private Investigator (Direct Examination) |
| 10/29/2024 | X |  | Allen Polzack, Private Investigator (Cross Examination) |
| 10/29/2024 |  | X | Denny Bhakta, (Direct Examination) |
| 10/30/2024 |  | X | Denny Bhakta, (continued Direct Examination) |
| 10/30/2024 | X |  | Denny Bhakta, (Cross Examination) |
| 10/30/2024 |  | X | Denny Bhakta, (Re-Direct) |
| 10/30/2024 | X |  | Denny Bhakta, (Re-Cross) |