```
 1                   UNITED STATES DISTRICT COURT

 2               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3   _____
                                    )
 4   UNITED STATES OF AMERICA,      )
                                    ) Case No. 21-CR-3352-JLS
 5                   Plaintiff,     )
                                    ) Friday, February 14, 2025
 6   v.                             )
                                    )
 7   DENNY BHAKTA,                  )
                                    )         CERTIFIED
 8                   Defendant.     )         TRANSCRIPT
     _____)
 9

10
              REPORTER'S TRANSCRIPT OF PROCEEDINGS
11
                     PAGES 1 THROUGH 14
12
         BEFORE THE HONORABLE JANIS L. SAMMARTINO
13                UNITED STATES DISTRICT JUDGE

14

15      APPEARANCES:

16      For Plaintiff:   UNITED STATES ATTORNEY'S OFFICE
                         880 Front Street, Suite 6293
17                       San Diego, California  92101-8807
                         BY:  P. Kevin Mokhtari, AUSA
18                       BY:  Eric Olah, AUSA

19
        For Defendant:   LAW OFFICE OF JOHN D. KIRBY APC
20                       401 West A Street, Suite 1150
                         San Diego, California  92101
21                       BY:  JOHN D. KIRBY, ESQ.

22

23   Reported By:  Stephanie Whitehead, RDR, CRR, CRC, CVR, CSR
     District Court Clerk's Office
24   333 West Broadway, Suite 420
     San Diego, California  92101-3806
25   (Reported stenographically; transcribed via computer)
```

```
 1                FRIDAY, FEBRUARY 14, 2025; 9:01 A.M.
 2                         *      *      *
 3           THE CLERK:  Matter number five, 21-CR-3352,
 4   United States of America v. Denny Bhakta.
 5           MR. KIRBY:  Good morning, your Honor.  John
 6   Kirby on behalf of Mr. Bhakta.  He's not present.  He's
 7   apparently in the hospital.
 8           MR. MOKHTARI:  Good morning, your Honor.  Kevin
 9   Mokhtari and Eric Olah for the United States.
10           THE COURT:  Okay.  I was informed that
11   Mr. Bhakta was not available and that he's hospitalized,
12   but I was also informed that there may be some victims
13   who have flown into town to address the Court at the
14   time of sentencing.  If those victims wish to address
15   the Court, I'm going to ask this matter to trail and I
16   could hear from them, since it may not be possible for
17   them to come back whenever we put this over, or we can
18   put the whole matter over.  So that's why I'm calling it
19   now.
20           Go ahead, Mr. Mokhtari.
21           MR. MOKHTARI:  Yes, your Honor.  I think the
22   Government would certainly be amenable to that.  We have
23   one victim who's flown in, who's not local, so it's not
24   going -- the other victims are here.
25           THE COURT:  And would prefer to come back?
```

1        *MR. MOKHTARI:*  I believe so, yeah, and address
2   the Court on the day of.  That would be their
3   preference.
4        *THE COURT:*  Okay.
5        *MR. MOKHTARI:*  But we do have one who is here
6   from Texas, and we certainly would want him to address
7   the Court today.  I don't know if the Court wants to
8   still trail the matter if it's just one victim or not,
9   but I leave that in the Court's discretion.
10       *THE COURT:*  It would just be a few minutes,
11  correct?
12       *MR. MOKHTARI:*  Yes, your Honor.  I believe so.
13       *THE COURT:*  Okay.
14       *MR. KIRBY:*  That's fine, your Honor.  And I can
15  get a transcript of the hearing so that Mr. Bhakta can
16  at least review it.
17       *THE COURT:*  Exactly.  Exactly.  So he can be
18  informed what this individual says.  Let's go ahead and
19  take that as a courtesy, and then we'll put this matter
20  over.
21       I don't know -- do you know, Mr. Kirby, should
22  we put this over a week or longer?  What are we looking
23  at here?
24       *MR. KIRBY:*  I mean, Mr. Bhakta has been
25  intermittently hospitalized.  So I don't think it's a

1  long-term thing, so I think we could put it over for a
2  week --
3          THE COURT:  A week?
4          MR. KIRBY:  -- and, possibly, he would be
5  available next week I think.  Two days ago he was not in
6  the hospital, so . . . .
7          THE COURT:  Okay.  Okay.  Do you have any
8  information that would be helpful to me in putting this
9  matter over, sir?
10         THE MARSHAL:  All I know, your Honor, is he was
11 sent to the hospital this morning from his facility for
12 chest pains.  He never made it to our facility.
13         THE COURT:  Oh, okay.  You could hear that?
14         MR. KIRBY:  Yes.
15         THE COURT:  Okay.  Very good.  Well, let's put
16 this over one week.  Hopefully, he'll be doing better
17 and will be present for next week's sentencing.  But in
18 the meantime, we are on the record, the matter's been
19 called, and I will just hear the statement of the one
20 victim who's flown in from Texas.
21         MR. KIRBY:  Thank you, your Honor.
22         MR. MOKHTARI:  Yes, your Honor.  And for
23 context, your Honor, Vishal Patel is the victim who's
24 going to address the Court.  If the Court recalls, there
25 were -- Mr. Andy Patel who testified, these are two of

```
 1   the other individuals who were business partners, one of
 2   which was Mukesh Patel, and this is Vishal Patel, both
 3   from Texas.
 4           THE COURT:  And from this individual, I also
 5   have a victim impact statement, correct, that was filed
 6   with the Court?
 7           MR. MOKHTARI:  Correct.  Correct.
 8           THE COURT:  Okay.  Very good.
 9           Good morning, sir.
10           MR. PATEL:  Good morning.
11           THE COURT:  So if you would state your name for
12   the record and then make whatever statement you'd like.
13           MR. PATEL:  My name is Vishal Patel, and I'd
14   like to read a statement of how this Ponzi scheme has
15   impacted me and my family.
16           THE COURT:  Okay.  Let me just say this:  My
17   court reporter writes down everything we say, so I'm
18   going to ask you to read slowly.
19           MR. PATEL:  Okay.
20           THE COURT:  And pull this microphone up a
21   little bit so we can hear you easily.
22           MR. PATEL:  Okay.
23           THE COURT:  Thank you.
24           MR. PATEL:  Like I said, my name is Vishal
25   Patel, and I stand before you as a victim of a Ponzi
```

1   scheme that Denny created, one of the most devastating
2   experience of my life.  The impact of this fraudulent
3   operation by Denny and his team have been profound,
4   affecting me emotionally, financially, psychologically
5   in ways that words can scarcely convey.
6           Over the past few years, the emotional and
7   psychological toll of being deceived and betrayed by
8   someone who purported to be a friend and family member
9   has been overwhelming.  The constant stress, fear,
10  shame, and anxiety of dealing with the aftermath of the
11  fraud have taken a significant toll on my family and my
12  personal mental health.  Sleepless nights persistent
13  worrying, and sense of helplessness have become too
14  familiar.  The fear of financial insecurity looms large,
15  affecting my overall well-being and peace of mind.
16  Socially, I've withdrawn from all activities and
17  circles, which once I found joy, overwhelmed by the
18  sense of shame and embarrassment.
19          Financially, the impact has been devastating,
20  especially for my children, as I'm unable to support my
21  son and daughter's education or allow them to pursue
22  their desired fields in universities.  I'm unable to
23  provide care for my parents who are dependent on me.  My
24  mother has advanced Alzheimer's and should be receiving
25  specialized care that I'm unable to afford.  I've had to

1  sell multiple assets and borrow money on high interest
2  just to keep myself afloat and avoid defaulting on my
3  mortgage and having to make interest payments on people
4  I've borrowed from.
5        I also had to file a civil complaint about
6  Denny not paying me in 2019, where the hearing was
7  yesterday with Judge Taylor.  And finally, I got
8  judgment in the tune of 8 and a half million dollars
9  that I lost with Denny.  He had two lawyers yesterday,
10 and he's still been fighting me since the last six
11 years.  I don't know where he's getting the money to do
12 all that.  And he claims that he has no money and -- and
13 hopefully this puts an end to the case because, like
14 previous times, he's appealed them numerous times, and
15 I'm hoping this is -- it puts a complete end to this
16 thing.
17       I'm a self-employed person and make my living
18 through operating hotels and partnering with others in
19 the field of business, but the shame and inability to
20 pay people back I have borrowed from, which are my
21 friends, family, and business partners, I've been unable
22 to pursue any new business opportunities, as investing
23 and managing business is what I do, and that's supports
24 my family.
25       As my reputation, all my savings, and all the

1  contributions from my loved ones were invested in what
2  seemed like a genuine business opportunity but
3  disappeared without a trace, the loss has disrupted my
4  financial stability and jeopardized my future plans.
5  Now I face the challenge of repaying debts and
6  rebuilding my finances from scratch.
7          At the end I would just like to say that
8  Denny's lawyers submitted a document to the Court
9  portraying him as a good person, attaching all of his
10 history of charitable donations and all of the other
11 charitable deeds.  This is all false.  Denny even went
12 to the extent of defrauding the U.S. taxpayers for
13 millions of dollars by applying for and getting PPP
14 loans which were meant to help the business in the COVID
15 times, which is what he's being sentenced for as well.
16         Denny used his various entities, even his
17 so-called charitable foundation, the Manu Bhakta
18 Foundation, to lure countless investors like me, and
19 even his own uncle Andy Patel, whom he referenced in
20 Exhibit B of one of the documents.  Andy Patel ended up
21 being one of the major victims of Denny's scheme, and he
22 was his own uncle.
23         In sharing my story, I hope the profound and
24 far-reaching impact that the Ponzi scheme has had on my
25 life and countless other victims, I urge the Court to

```
 1    consider severe consequences of these fraudulent actions
 2    and to deliver justice to those responsible.  It's my
 3    sincere hope through legal action steps can be taken to
 4    prevent others from falling victims to similar schemes
 5    and restore a sense of justice and trust within our
 6    community.
 7            In concluding, the effects of Ponzi scheme will
 8    be felt for years for me and my family which I -- which,
 9    while I strive to rebuild and move forward, the scars of
10    this experience will always remain.  I stand here today
11    not just as a victim seeking justice, but as a voice of
12    all those who have suffered due to the deceitful actions
13    of Denny.  That's it, your Honor.
14            THE COURT:  Okay.  Thank you very much, sir.  I
15    appreciate that.  I'm going to probably end up putting
16    this matter over for a week.
17            MR. PATEL:  Okay.
18            THE COURT:  And your statement is now in the
19    record.
20            MR. PATEL:  Okay.
21            THE COURT:  Thank you very much, sir.
22            MR. PATEL:  Thank you.
23            THE COURT:  Anything further that we need to do
24    this morning, because people can't come back, before I
25    put this over?  I'll just put it over one week,
```

```
 1    Mr. Kirby, with the hope that Mr. Bhakta is out of the
 2    hospital shortly.
 3             MR. KIRBY:  That's fine, your Honor.
 4             MR. OLAH:  Your Honor, we have -- one of our
 5    local victims has preplanned travel to her daughter's
 6    baby shower next Friday, so she would actually not be
 7    able to address the Court.  I know we said it would only
 8    be one victim that was from out of town.  That's still
 9    true; it's just she's unavailable next Friday when this
10    matter's been reset.
11             THE COURT: Okay.  Well, let's go ahead and
12    hear from her then if she'd like to address the Court.
13             MR. OLAH:  She would, your Honor.
14             MS. DUFFY:  Good morning.
15             THE COURT:  Would you state your name and spell
16    your last name for the record.
17             MS. DUFFY:  Sure.  It's Susan Duffy, and it's
18    D-u-f-f-y.
19             Well, I wish he was here today.  But, Denny, as
20    your father and brothers sit here nervously awaiting
21    your fate, I can only imagine what they're thinking.
22    Some thoughts come to mind:  How could this happen to
23    us?  How did I fail as parent that my son would allow
24    this to happen to our family?  Personal failure,
25    heartbreak, incredible disappointment and disgust.  The
```

ultimate disrespect and lies to your family and close friends, embarrassment, hurt, financial loss for your family, extended family, and friends you pretended to care about.

I can only imagine that your mother is rolling over in her grave. Is this the son I raised? Is this what he turned into? How did I fail as a parent that my son, my own flesh and blood, would become a cheat, a fraud, a liar, a con artist, someone that would hurt anyone to accomplish his goals? My son that would use my name in vain for a foundation that was only self-serving to you, Denny, funded with money stolen from the government. Thank God she is not here to witness this. It would have crushed her.

After knowing you for over 15 years, I'm still in shock at what you did to us, the betrayal of a very deep and caring friendship, so we thought. We had worked so hard to save for retirement which your fraud scheme destroyed. Losing over 30 percent of our retirement savings and having to still pay off $100,000 loan we took out to help you is a constant, monthly reminder of how despicable you are.

Everything was a lie. The ultimate betrayal and deception. The special occasions we shared with you. We treated you like family as you sat at our table

1   at our daughter's wedding.  How could you even take a
2   seat?  How I celebrated my 60th birthday with you.  It
3   makes me sick.  This was all part of the charade to keep
4   us close, all part of the plan to defraud us.
5            The reality is, Denny, we don't need you.  You
6   are irrelevant.  You and your pathetic life will
7   continue to be irrelevant.  Your upcoming years in
8   prison will be filled with loneliness and isolation, the
9   constant thoughts and reminders of how you let down your
10  family and friends, leaving your brother to care for
11  your father in his later years.  So, so selfish.  The
12  constant reminder that you, Denny Bhakta, were a failure
13  in life.
14           I could go on, but I refuse to waste any more
15  time on you.  You may think you got the upper hand on
16  us, but you failed.  You only made us stronger.  You
17  know the saying, pigs get fat and hogs get slaughtered?
18  You, Denny, are the ultimate hog.
19           One day at the beach at La Jolla shores this
20  little girl with her face full of sunscreen was running
21  towards the ocean dragging her Boogie Board behind her.
22  She stopped in her tracks in front of me, looked up at
23  me with the biggest smile on her face and said, "Best
24  day ever."  Well, Denny, she was wrong.  Today is the
25  best day ever.  Enjoy prison.

```
 1              Thank you, your Honor.
 2              THE COURT:  Thank you, Ms. Duffy.
 3              On behalf of the Government, just those two
 4    statements today and we can put this matter over,
 5    Mr. Olah and Mr. Mokhtari?
 6              MR. OLAH:  Yes, that works for the Government.
 7    Thank you, your Honor.
 8              THE COURT:  Mr. Kirby, agreed?
 9              MR. KIRBY:  Your Honor, I was actually looking
10    at my calendar, and two weeks would be --
11              THE COURT:  Two weeks would be better?
12              MR. KIRBY:  Yes, your Honor.
13              THE COURT:  Any objection to two weeks?
14              MR. OLAH:  None, your Honor.
15              THE COURT:  Okay.  We can go out two weeks,
16    sir, of course.
17              Go ahead, Patricia.
18              THE CLERK:  February 28th, 9:00 a.m.
19              MR. KIRBY:  Thank you very much.
20              THE COURT:  February the 28th at 9:00 a.m.
21              MR. KIRBY:  Thank you very much.
22              MR. OLAH:  Thank you, your Honor.  Have a nice
23    weekend.
24              THE COURT:  Okay.  Thank you.
25              (Proceedings concluded at 9:16 a.m.)
```

```
 1                    C E R T I F I C A T E

 2

 3        I, Stephanie Whitehead, certify that I am a

 4   duly qualified and acting Official Court Reporter for

 5   the United States District Court; that the foregoing is

 6   a true and accurate transcript of the proceedings as

 7   taken by me in the above-entitled matter on February 14,

 8   2025; and that the format used complies with the rules

 9   and requirements of the United States Judicial

10   Conference.

11

12

13            Dated:   February 22, 2025

14

15      s/ STEPHANIE WHITEHEAD

16
     Stephanie Whitehead, CSR 10093
17   U.S. Official Court Reporter
```