

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 25-1344 |
| Originating Case Number: | 3:21-cr-03352-JLS-1 |
| Case Title: | United States of America v. Bhakta |

**Monday, March 17, 2025**
Denny Bhakta                                              Appeal Transcript Order Due

**Wednesday, April 16, 2025**
Denny Bhakta                                              Appeal Transcript Due

**Tuesday, May 27, 2025**
Denny Bhakta                                              Appeal Opening Brief Due

**Wednesday, June 25, 2025**
United States of America                                  Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**