FILED

APR 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DENNY BHAKTA, Defendant - Appellant. | No. 25-1344 D.C. No. 3:21-cr-03352-JLS-1 Southern District of California, San Diego ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry Nos. 3 and 4) for appointment of counsel is granted. *See* 18 U.S.C. § 3006A. Within 14 days of identifying counsel, the appointing authority for the Southern District of California is requested to send counsel's contact information to counselappointments@ca9.uscourts.gov.

Counsel must order the transcript by May 20, 2025. The transcript is due June 19, 2025. The opening brief is due July 31, 2025. The answering brief is due September 2, 2025. The optional reply brief is due within 21 days after service of the answering brief.

The clerk will serve this order on appellant individually.