```
 1 │ ADAM GORDON
   │ United States Attorney
 2 │ P. KEVIN MOKHTARI
   │ ERIC R. OLAH
 3 │ Assistant United States Attorneys
   │ California Bar Nos. 253283/295513
 4 │ Office of the U.S. Attorney
   │ 880 Front Street, Room 6293
 5 │ San Diego, CA 92101
   │ Tel: (619) 546-7540
 6 │
 7 │ Attorneys for the Plaintiff
   │ UNITED STATES OF AMERICA
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 3:21-CR-3352-JLS |
|---|---|
| Plaintiff, | **JOINT MOTION TO CONTINUE THE RESTITUTION HEARING** |
| v. | |
| DENNY BHAKTA, | |
| Defendant. | **The Honorable Janis L. Sammartino** |

The United States of America, by and through its counsel, Adam Gordon, United States Attorney, and P. Kevin Mokhtari and Eric R. Olah, Assistant United States Attorneys, and Defendant Denny Bhakta, through counsel John D. Kirby, jointly move the Court for an order continuing the restitution hearing.

On July 8, 2025, Defendant was transferred from a Bureau of Prisons facility in California to the United States Medical Center for Federal Prisoners in Springfield, Missouri to accommodate Defendant's claimed medical needs. Accordingly, the parties jointly and respectfully request the Court continue the restitution hearing to September 26, 2025, at 2:00 p.m.

//

//

DATED: July 9, 2025      ADAM GORDON
United States Attorney

*/s/ Eric R. Olah*
P. KEVIN MOKHTARI
ERIC R. OLAH
Assistant U.S. Attorneys


*/s/ John D. Kirby*
JOHN D. KIRBY
Attorney for Defendant Denny Bhakta
(as authorized via email on July 9, 2025)

2