# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNY BHAKTA,<br><br>    Defendant. | Case No.: 3:21-CR-3352-JLS<br><br>**ORDER** |

Good cause appearing, the parties' joint motion to continue the restitution hearing (ECF No. 208) is hereby GRANTED. The restitution hearing is continued from July 11, 2025, to September 26, 2025, at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 9, 2025

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge